No. 01–9512. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–9513. ROBINSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9514. SAPP *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9515. CEPEDA SANCHEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–9516. SANGS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9522. ALRED *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9525. BUSH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9529. OBANION *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9531. YARBER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–9532. ABDUR'RAHMAN *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 01–9533. SANTIAGO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–9535. AMADOR-LEAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9536. TORRES, AKA BREWINGTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9539. MONTELEONE, AKA MONTE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–9542. KELLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9543. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.